# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Steve Lavon J. Woodard, sr.,

Inmate ID Number: # P08513 ,

*(Write your full name and inmate ID number.)*

v.

(FDOC)
Department of Correction,
Wakulla Correctional Ins annex
_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

"See attached"

Case No.: 4:23cv460-AW-MJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES  ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Steve L Woodard, Sr   ID Number: P08513

List all other names by which you have been known: Stephon Jenkins Shay

Current Institution: Wakulla Correctional Institution, annex

Address: 110 Melaleuca, Drive

Crawfordville, FL. 32327

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Smith

    Official Position: T|A

    Employed at: Wakulla Correctional Institution annex

    Mailing Address: 110 melaleuca, Drive

    Crawfordville, FL 32327

    ☐ Sued in Individual Capacity          ☑ Sued in Official Capacity

2. Defendant's Name: Griffin

    Official Position: Sgt

    Employed at: Wakulla Correctional Institution (annex)

    Mailing Address: 110 melaleuca Drive

    Crawfordville FL, 32327

    ☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

3. Defendant's Name: Bailey

    Official Position: Sgt

    Employed at: Wakulla Correctional Institution (annex)

    Mailing Address: 110 melaleuca Drive

    Crawfordville, FL 32327

    ☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

    (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Parties To this Complaint

4. Defendant's Name Wilkins
Official Position Captain
Employed at: Wakulla Correctional Institution (annex)
Mailing Address: 110 melaleuca, Drive
Crawfordville, FL 32327
☒ Sued in official Capacity

5. Defendant's Name Thompson
Official Position Sgt
Employed at: Wakulla Correctional Institution (annex)
Mailing Address: 110 melaleuca, Drive
Crawfordville, FL 32327
☒ Sued in official Capacity

6. Defendant's Name Dukes
Official Position C/O
Employed at: Wakulla Correctional Institution (annex)
Mailing Address: 110 Melaleuca, Drive
Crawfordville, FL 32327
☒ Sued in official Capacity

7. Defendant's Name Williams
Official Position C/O
Employed at: Wakulla Correctional Institution (annex)
Mailing Address: 110 melaleuca, Drive
Crawfordville, FL 32327
☒ Sued in official Capacity

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee           ☐ Civilly Committed Detainee

☑ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

Under, States policy & Procedure 602.053 Provention and detection Sub(19)(28) Inmate voyeurism or observation while you are undressed 33-208.002 (8) *Sexual abuse does not have to involve physical force or violence as a Approved Diagnosed Gender Dysphoria have been violated do to PREA Rights to be Protected at all times from Sexually abuse, Staff Sexual Misconduct, open to Non transgender Inmates OR to protected from hate crime. Under the Rainbow. LGBTQ. 33-208.002 Rules of Conduct Sub(8) No employee Shall willfully or Negligently treat an inmate in a cruel or inhuman Manner, nor Shall Profane or abusive language be used in dealing with an inmate or person under the employee's Supervision

Statement of Facts Continued (*Page 2 of 2* )

These or All Facts in which has been violate by Wakulla annex, officer.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

#1 PREA Rights been violated.

#2 To Protest From Abuse Sexually, OR Physical human.

#3 Been a victim of a hate crime

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Restitution & to be treated As Should by FDOC, for All Transgenders

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #:_____

   Court:_____

   Reason:_____

2. Date:_____ Case #:_____

   Court:_____

   Reason:_____

3. Date:_____ Case #:_____

   Court:_____

   Reason:_____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.)*

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 10/13/23 Plaintiff's Signature: *Steve Owen Woodard, Sr.*

Printed Name of Plaintiff: Steve LAvon Woodard, Sr.

Correctional Institution: Wakulla Annex

Address: 110 Melaleuca Drive

Crawfordville, FL 32327

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the _____ day of _____, 20 __.

Signature of Incarcerated Plaintiff: *Steve J. Woodard, Sr.*

Steve,
Wakulla Correctional Institution (annex)
110 Melaleuca, Drive.
Crawfordville Florida.
32327

OCT 23 2023

U.S. District Court, Northern Florida
1 North Palafox St.
Pensacola, FL. 32502