**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**STEVE LAVON J. WOODARD, SR.,**

      **Plaintiff,**

**v.**                                                              **Case No. 4:23-cv-460-AW-MJF**

**SMITH, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal without prejudice for maliciousness, based on Plaintiff's failure to disclose his litigation history accurately. ECF No. 5. Plaintiff has filed no objection to the report and recommendation. I have determined that the report and recommendation should be adopted, and I now incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for maliciousness and abuse of the judicial process under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i)." The clerk will then close the file.

SO ORDERED on December 11, 2023.

                                    s/ *Allen Winsor*
                                    United States District Judge